IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DALE DEAN GOINS,           )
                           )
     Plaintiff,            )
                           )
v.                         )    CASE NO. CV408-150
                           )
DOCTOR JANE F. WEILENMAN,  )
DOCTOR STOCKFISH, et al.,  )
                           )
     Defendants.           )
                           )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which objections have been filed (Doc. 17). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. Plaintiff's claims for Cruel and Unusual Punishment and Denial of Necessary Medical Care are **DISMISSED**, but he may **PROCEED** on his claim for Retaliatory Transfer. Plaintiff's Motions for Temporary Restraining Orders and Injunctions are **DENIED AS MOOT**.[1] (Docs. 6, 8, & 9.)

SO ORDERED this 28th day of January, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In footnote one of the Report and Recommendation, the Magistrate Judge explains why these Motions are moot. The Magistrate Judge cites Document Eight (Motion for Emergency Injunction) and Document Nine (Motion for Preliminary Injunction), but does not specifically cite Document Six (Motion for a Temporary Restraining Order). The Court notes that all three Motions are covered by this footnote.