
FILED
U.S. DISTRICT COURT
SAV'H DIV.
2009 JUL 24 PM 3:12
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DALE DEAN GOINS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV408-150
)
DR. JANE F. WEILENMAN, DR. )
STOCKFISCH, COUNSELOR SMILEY, )
and DR. McCRAY, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Report and Recommendation of the Magistrate Judge (Doc. 33), to which Objections[1] have been filed (Doc. 34). After careful consideration and a de novo review, the Court concurs with the Report and Recommendation of the

---

[1] In his Objections, Plaintiff asks the Court for a handwriting analysis on the Receipt of Grievance Form to prove that Defendants knew of the Grievance. (Doc. 35.) However, even if Defendants knew of the Grievance, summary judgment would still be appropriate because Plaintiff has shown nothing to controvert the undisputed evidence either that Defendants would have recommended the transfer regardless of the protected conduct or that Defendants are not the ultimate decisionmakers responsible for Plaintiff's transfer. See Smith v. Mosley, 532 F.3d 1270, 1279 (11th Cir. 2008) ("[T]he question for the court under Mt. Healthy became whether a reasonable fact finder . . . would have to find that the defendants would have disciplined Smith even in the absence of the protected conduct . . . ." (internal quotation marks omitted)), Smith v. Campbell, 250 F.3d 1032, 1038 (6th Cir. 2001) (statements of a nondecisionmaker "cannot be evidence of a retaliatory motive"), Smith v. Fla. Dept. of Corr., 318 Fed. App'x 726, at *2 (11th Cir. 2008) (unpublished) (requiring evidence that Defendant was responsible for the decision to transfer).

Magistrate Judge. The Report and Recommendation is **ADOPTED** and Defendants' Motion for Summary Judgment is **GRANTED**.

SO ORDERED this 24th day of July, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA